Index of Exhibits

United States v. Ferretiz-Hernandez

8:21-cr-00213-RAL-SPF

Ex A: Declaration of Professor Kelly Lytle Hernandez

Ex B: Immigration Committee Report, "The Eugenical Aspects of Deportation" (February 21, 1926)

Ex C: Congressional Record - House 3614 (February 16, 1929)

Ex D: Congressional Record - House 5887 (April 8, 1924)

Ex E: Congressional Record - House 2818 (February 9, 1928)

Ex F: Congressional Record - House 2462 (February 3, 1928)

Ex G: Immigration Committee Report (January 12, 1926)

Ex H: Senate Report No. 1456, "Making it a Felony with Penalty for Certain Aliens to Enter the United States under Certain Condition in Violation of Law" (January 17, 1929)

Ex I: Congressional Record - Senate 5094 (January 23, 1929)

Ex J: House Report No. 2397, "Deportation of Aliens" (February 6, 1929)

Ex K: Congressional Record - House 3525 (February 15, 1929)

Ex L: 70th Cong., Sess. II, Chap. 690 (March 4, 1929)

Ex M: Curriculum Vitae of Professor Kelly Lytle Hernández

Ex N: Mark Motivans, "Immigration Offenders in the Federal Justice System (2010)

Ex O: U.S. Sentencing Commission Data: Hispanic Defendants Sentenced under U.S.S.G. § 2L1.2, FY 2016-2020

Ex P: Letter, Dep. Attorney Gen. Peyton Ford to Sen. Pat McCarran (May 14, 1951)