# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.     Case No. 8:21-cr-213-RAL-SPF

**JORGE FERRETIZ-HERNANDEZ**

_____/

### REQUEST FOR EVIDENTIARY HEARING ON MOTION TO DISMISS

**NOW COMES** Defendant, Jorge Ferretiz-Hernandez, by and through undersigned counsel, and requests an evidentiary hearing on his motion to dismiss, under Local Rule 3.01(h).  The Defense suggests a hearing of one day.  However, the Defense notes that similar hearings in other district courts have lasted up to three days.

A. FITZGERALD HALL, ESQ
FEDERAL DEFENDER

/s *Samuel E. Landes*
Samuel E. Landes, Esq,
D.C. Bar No. 1552625
400 North Tampa Street, Ste. 2700
Tampa, Florida 33602
Email:  Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th of August 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to AUSA Patrick Scruggs.

/s *Samuel E. Landes*
Samuel E. Landes
Assistant Federal Defender