# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                             CASE NO. 5:21-cr-63-JA-PRL

**JORGE CESAR FERRETIZ-HERNANDEZ**

## ORDER

This case is before the Court on Defendant Jorge Cesar Ferretiz-Hernandez's Motion to Dismiss (Doc. 31). The assigned United States Magistrate Judge has submitted a Report (Doc. 78) recommending that Ferretiz-Hernandez's Motion be denied. Because Ferretiz-Hernandez admitted that an evidentiary hearing would not be needed if the Court allowed him to supplement his Motion to Dismiss with additional exhibits, the Report also recommends that the Court grant Ferretiz-Hernandez's Motion to Supplement (Doc. 68). Ferretiz-Hernandez filed an Objection (Doc. 79) to the Report, and the Government filed a Response (Doc. 84) to that Objection.

After reviewing the record in this matter, including Ferretiz-Hernandez's Objection and the Government's Response, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 78) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Supplement (Doc. 68) is **GRANTED**.

3. The Motion to Dismiss (Doc. 31) is **DENIED**.

**DONE** and **ORDERED** on March 17, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant